Michael J. Parise, ABA No. 7906044
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3303
Facsimile: 907-276-2631
Email: PariseM@Lanepowell.com
BaylousM@Lanepowell.com

Attorneys for Wells Fargo Bank, NA, Wells Fargo Bank, Alaska,
NA, National Bank of Alaska, and Wells Fargo Home Mortgage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FREDERICK BULLOCK, RENEE BULLOCK & JERICA BULLOCK,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA, WELLS FARGO BANK, ALASKA, NA, NATIONAL BANK OF ALASKA, WELLS FARGO HOME MORTGAGE, THE SECRETARY OF VETERANS AFFAIRS, its Successors in Office as Such, and/or Assigns, ALL OTHER UNKNOWN DEFENDANTS,<br><br>        Defendants. | Case No. 3:14-cv-_____-___<br><br><br>**NOTICE OF REMOVAL** |

TO:   The United States District Court for the District of Alaska

AND TO:  Frederick Bullock
       Renee Bullock
       Jerica Bullock
       P.O. Box 1093
       Sterling, AK 99672

    Defendants Wells Fargo Bank, NA; Wells Fargo Bank, Alaska, NA; National Bank of Alaska; and Wells Fargo Home Mortgage (collectively, the "Wells Fargo Defendants") hereby give notice of the removal of the above-captioned action, currently pending in the Superior Court for the State of Alaska Third Judicial District at Kenai under Case No. 3KN-13-01038 CI, to the

United States District Court for the District of Alaska. Removal is based on diversity of citizenship under 28 U.S.C. §§ 1332 and 1441.

As grounds for removal, Wells Fargo Defendants state as follows:

1. On or about December 6, 2013, Plaintiffs Frederick Bullock, Renee Bullock, and Jerica Bullock (the "Plaintiffs") filed, *pro se*, a "Complaint for Compensatory Damages, Punitive, Damages, Civil Penalties Under Title AS 06 Consumer Protection and Other Relief" (the "Complaint") with the Clerk of the Superior Court for the State of Alaska in the Third Judicial District at Kenai. [*See* Declaration of Michael B. Baylous ("Baylous Decl.") ¶ 2, Ex. A.] The Complaint names as Defendants "Wells Fargo Bank, NA"; "Wells Fargo Bank, Alaska, NA"; "National Bank of Alaska"; "Wells Fargo Home Mortgage"; and "The Secretary of Veterans Affairs its Successor in Office as Such." [*Id.*] The Complaint was served upon Wells Fargo Bank, National Association, through its registered agent Corporation Services Company, on December 23, 2013. [*Id.*]

2. On information and belief, Plaintiffs are residents of Sterling, Alaska.

3. None of the Defendants are citizens of Alaska for diversity purposes.

4. Wells Fargo Bank, National Association, is a national banking association with its main office in Sioux Falls, South Dakota. [*Id.* ¶ 3, Ex. B.] Thus, Wells Fargo is a citizen of South Dakota for purpose of diversity jurisdiction. *See* 28 U.S.C. § 1348. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318, 126 S. Ct. 941, 952 (2006) (ruling that a national banking association is a citizen of the state designated in its articles of association as its main office).

5. In 2001, National Bank of Alaska merged into Wells Fargo Bank Alaska, National Association. [Baylous Decl. ¶ 3, Ex B.] In 2003, Wells Fargo Bank Alaska, National Association, merged into Wells Fargo Bank, National Association. [*Id.*] A company that merges into another company adopts the citizenship of the merged company for diversity purposes. *See Meadows v. Bicrodyne Corp.*, 785 F.2d 670, 672 (9th Cir. 1986) (affirming that a California corporation's merger with a Delaware corporation changed the former's citizenship because "the separate existence of the disappearing corporations ceases" after a merger); *see also Mireles v. Wells Fargo Bank, N.A.*, 845 F. Supp. 2d 1034, 1046 n.75 (C.D. Cal. 2012). Thus, for the purpose of determining diversity jurisdiction, National Bank of Alaska and Wells Fargo Bank Alaska, National Association, are citizens of South Dakota.

6. Wells Fargo Home Mortgage is a division of Wells Fargo Bank, National Association, which is a citizen of South Dakota. [Baylous Decl. ¶ 3, Ex. B.]

7. The Secretary of Veterans Affairs ("Secretary") is an officer of the federal government and not a citizen of Alaska.

8. In the Complaint, Plaintiffs claim damages exceeding $100,000, exclusive of costs and fees. [Baylous Decl. Ex. A at 14.]

9. Because there is complete diversity of citizenship among the parties, and because the amount in controversy exceeds the jurisdictional minimum, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

10. This Notice of Removal is timely under 28 U.S.C. § 1446(d), and will be served upon Plaintiffs and filed promptly in the state court. [*See* Notice of Removal attached hereto.]

11. While the VA maintains Plaintiffs have not perfected service of the Complaint, the VA consents to removal. [Baylous Decl. at ¶ 4.]

DATED this 17th day of January, 2014.

LANE POWELL LLC
Attorneys for Wells Fargo Bank, NA, Wells Fargo Bank, Alaska, NA, National Bank of Alaska, and Wells Fargo Home Mortgage

By  s/ Michael B. Baylous
   Michael J. Parise, ABA No. 7906044
   Michael B. Baylous, ABA No. 0905022

I certify that on January 17, 2014, a copy of the foregoing was served by mail on:

Frederick Bullock
Renee Bullock
Jerica Bullock
PO Box 1093
Sterling, AK 99672

By  s/ Michael B. Baylous

105727.1254/5254921.1

**Notice of Removal**
*Bullock v. Wells Fargo Bank, NA, et al.* (Case No. 3:14-cv-_____-___)  Page 3 of 3