

# Notice of Service of Process

null / ALL
Transmittal Number: 11980664
Date Processed: 12/23/2013

| | |
|---|---|
| Primary Contact: | WF West - WF Bank<br>Corporation Service Company- Wilmington, DELAWARE<br>2711 Centerville Rd<br>Suite 400<br>Wilmington, DE 19808 |
| Entity: | Wells Fargo Bank, National Association<br>Entity ID Number 2013649 |
| Entity Served: | Wells Fargo Bank, N.A. |
| Title of Action: | Frederick Bullock vs. Wells Fargo Bank, N.A. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Kenai Superior Court, Alaska |
| Case/Reference No: | 3KN-13-1038CI |
| Jurisdiction Served: | Alaska |
| Date Served on CSC: | 12/20/2013 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | Wells Fargo Bank, N.A. |
| How Served: | Client Direct |
| Sender Information: | Renee Bullock<br>Not Shown |
| Client Requested Information: | Matter Management User Groups: [Service of Process] |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



## WELLS FARGO FAX COVER SHEET

Procedure:
- Complete the Fax Cover Sheet in its entirety.
  Incomplete cover sheets/faxes may cause a delay in routing.
  Routing delays may result in a loss to Wells Fargo.
- Fax or Email Document(s) including envelope the day received.
- Place pages in order with envelope as the last page.
- Use a separate cover sheet for each service of process and fax individually. If all pages do not go through on the first attempt, re-fax the entire document & indicate on the cover sheet that it is a re-fax.
- If unable to forward via fax or email due to poor quality/size/equipment issues/etc., please overnight to the address listed below.
- Retain the original in your file unless there is a check attached. If a check is attached, please send a copy of the service and the check to N0001-101.

| | |
|---|---|
| DATE: | 12/20/2013 |
| TO: | Service of Process |
| COMPANY: | Corporation Service Company |
| E-MAIL: | WellsFargosop@cscinfo.com |
| FAX NO.: | 866-487-4597 |
| OVERNIGHT: | Attn: Brenda Coy / Wells Fargo (Phone: 800-927-9801 ext. 62918) Corporation Service Company 1201 Hays St, Tallahassee, FL 32301 |
| FROM: | NLC/Blesilda Emperador |
| SENDER PHONE NO.: | 907-265-2804 |
| SENDER EMAIL: | blesilda.a.emperador@wellsfargo.com |
| AU/COBUS/BUSINESS LINE: | 1417 |
| TOTAL PAGES: | 11 (including cover sheet) |
| | If you do not receive all pages, please call / email. |
| CASE NAME: | 13-1038CI |
| STATE SERVED: | 12/20/2013 |
| DATE OF SERVICE: | 12/20/2013 If "Unknown", check here. |
| TIME DOCUMENTS SERVED: | 5:00 If "Unknown", check here. |
| METHOD OF SERVICE: | Mail If "Other": |
| ORIGINALLY SERVED ON: | Wells Fargo Home Mortgage If Other is selected, please complete: |
| COMMENTS/NOTES: | |

### For Use by Wells Fargo Only.

This facsimile contains information which (a) may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named below. If you are not the Addressee, or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying or distributing this facsimile is prohibited. If you have received this facsimile in error, please telephone us immediately in order to mail the facsimile back to us. Thank you.

#1137975-v6     Revised 5/7/2013




U.S. POSTAGE PAID STERLING, AK 99672 DEC 18, '13 AMOUNT $6.97 00084053-01

99503

7012 2210 0002 0284 2418

WELLS FARGO BANK, NA
301ST NORTHERN LIGHTS BLVD #100
ANCHORAGE, ALASKA 99503

RETURN RECEIPT REQUESTED

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

Frederick Bullock,
Renee Bullock &
Jerica Bullock,
                    Plaintiff(s),

vs. THE SECRETARY OF VETERANS
WELLS FARGO BANK, NA
WELLS FARGO BANK, ALASKA, NA
WELLS FARGO Defendant(s).
HOME MORTGAGE
NATIONAL BANK OF ALASKA

CASE NO. 3KN-13-1038 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Wells Fargo Bank, NA

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), Frederick, Renee & Jerica Bullock whose address is: P.O. box 1093, Sterling AK 99672.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to:

☒ Superior Court Judge Carl J.D. Bauman
☐ Superior Court Judge Charles T. Huguelet
☐ Superior Court Judge Anna M. Moran
☐ District Court Judge Sharon S. Illsley
☐ _____

12/4/13
Date

CLERK OF COURT
By: _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (8/07)(st.3)                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Renee Bullock/pro-se
P.O. Box 1093
Sterling, Alaska 99672

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska
DEC - 6 2013
Clerk of the Trial Courts
Copy

Frederick Bullock, Renee Bullock &
Jerica Bullock

          Plaintiffs,

vs.

Wells Fargo Bank, NA., Wells Fargo Bank,
Alaska, NA., National Bank of Alaska., Wells
Fargo Home Mortgage., The Secretary
of Veterans Affairs, Its Successors In
Office As Such., and or Assigns/ All
Other Unknown
Defendants

          Defendants

CASE NO. 3KN-13-1038 CI

**COMPLAINT FOR COMPENSATORY DAMAGES, PUNITIVE, DAMAGES, CIVIL PENALTIES UNDER TITLE AS 06. CONSUMER PROTECTION AND OTHER RELIEF**

Plaintiffs, by and through its attorney, acting as Pro-se for the Plaintiffs, At this time will be Renee Bullock (party plaintiff to this case) brings this case And states as follows:

## THE PARTIES

1. Frederick Bullock, appears and testifies on behalf of himself

[Summary of pleading] - 1

1. And, has knowledge of the facts in this case.

2. Renee Bullock, will appear, testify and present this case pro-se
For the Plaintiffs, and has extensive knowledge and research time
Invested in this case. And has all hard copy records and receipts for
The justification, of bringing this case to the court.

3. Jerica Bullock, appears and testifies on behalf of herself, with factual
Knowledge of this case.

4. The Plaintiffs will be Referred to in this case as: [' The Bullocks']

5. Defendant Wells Fargo Bank, NA is a Delaware Corporation, which
Maintains several businesses in and out of the State of Alaska, and each
One its own entity allowing service to any and or all of its Brick and
Morter locations.

6. Defendant, Wells Fargo Bank, Alaska, NA affiliated thru documents
And check copies, not known by the FDIC as a recognized bank, and
Shows its location as 420 Montgomery Ave. San Francisco CA, also
Known as the WELLS FARGO MUSEUM, but associated with both
Wells Fargo Bank, NA, and other Associated Defendants listed in this
Complaint. "Expired" State of Alaska Business Licenses shown as:
283144 and 283145 which operated between 2001-2004.

7. Defendant National Bank of Alaska, name, this bank originally

[Summary of pleading] - 2

1. Accepted the payments before merging with Wells Fargo, Bank and
2. Has the address of the former licensed entity, Wells Fargo Bank,
3. Alaska, NA.

8. The Secretary of Veterans Affairs Its Successors and Assigns in Office As Such. Associated parties listed on the case no. 4FA-11-01673CI.

## JURISDICTION AND VENUE

This is a civil action for compensatory and punitive damages As well as Statutory assessments, penalties and costs and other remedies and damages incurred by the Plaintiffs, as a result from wrongful acts committed. And Including but not limited to Extensive Mortgage Servicing Abuse, Evictions, Loss of Monies and Misappropriations, Unauthorized signatures to accounts by bank employees, Foreclosure, Loss of Quality of Life, Medical Bills, Stalking, Unauthorized entry to property, Threatening, Harassment, Property Abuse, Property Asset Removal and Disposal, Property Damage, Credit Abuse, Asset/Equity Stripping, Late Fees, Unapplied Payments, Elevation of Appraisals, Signatures of Unknown Bank Controllers Identities. Offers of Monies from Defendants Counsel to not sue they're clients. The Superior court has jurisdiction over this matter. Defendants do operate several branches of business in the Third Judicial District in Kenai. Plaintiffs have relocated to the Kenai area for reasons explained in this Complaint, and have been in contact always telephonically to the attorneys and counsel for the Defendants listed, as legal departments of the Defendants are mostly situated in other states of the U.S. Plaintiffs choose to start

[Summary of pleading] - 3

fresh in the Kenai Alaska, Soldotna Alaska area and feel this is the proper court for this action.

## FACTS REGARDING COMPLAINT FOR DAMAGES

1. Plaintiffs originated a mortgage in the year of 1994, for property known as 1191 Lakloey Drive, Northpole Alaska 99705 also known as Lot 19 Willow Acres Subdivision, and known as plat 78-102, as recorded in the official records of the Fairbanks Recording District 401. And recorded in book 881 page 371.

2. Plaintiffs saved 16 years of official hard copy records of bank statements throughout the course of the mortgage, and have done extensive research after the foreclosure and eviction proceedings started in late 2008.

3. Plaintiffs noticed after examining documents, when evicted, harassment by attorneys and several property appraisals began, that it was no fault of the Plaintiffs, there was huge monetary errors in the application of the payments by the 2 banks who essentially became the one known as Wells Fargo Bank, NA, along with the dominoe effect of stripping of fees and unapplied amounts. Principal always going up, despite Plaintiffs paying over the amount owed for payment, as they were told if they paid extra for so many years they would pay off the mortgage in 15 years and not 30.

[Summary of pleading] - 4

4. Copy of an Official check that was filed away since 2001 shows payable at an institution that does not exist, and a Controller whom is not known by any bank employee, and after researching the check was found to be part of something known as the Nigerian 419 check scam. Although this money was handed over in cash to the employees of the Bentley Mall Branch of Wells Fargo in the amount 6673.00 the check says 5673.00 then another for 1000.00 which is also not on payment history, the other 5000.00 was taken to the local western union at Fred Meyer store as a quick collect as instructed by the bank employees, needless to say the Plaintiffs sold they're assets from they're business to a contractor for this money that was not even owed. This is just one example of asset loss and essentially fraud.

5. Complaints were submitted to the Law Department thru the Attorney Generals office, The office of Swift management, The Comptroller of Currency, The Federal Trade Commission, and The actual Office of the President of Wells Fargo Home Mortgage, once again in the month of approximately 9/2013, and again they are still not answering the complaint, they are stalling for time, but they have released they're first attorneys on record and hired new counsel, when the Plaintiffs requested damages. The Plaintiffs were approached by the banks Counsel, and were offered money not move forward and sue these Defendants, and sign Global release of any and all claims, this can not be tolerated, this is where consumer protection is also needed.

[Summary of pleading] - 5

6. The Attorney General for the State of Alaska, received a total of over 10 million dollars for borrowers who lost their homes in the foreclosure crisis. The Plaintiffs state that the 1484.00 that was distributed to homeowners that did qualify out of the 2700 that essentially lost their homes is simply a far cry from what the Plaintiffs are seeking. It states for the record that although the mortgage settlement offer is issued claimants can still file civil action on these entities even though the checks are issued to the claimants. Plaintiffs have lost everything, everything they have worked for, became homeless, swindled, abused, stalked and have extensive medical bills that are beyond reality, that the Plaintiffs feel should be paid by the Defendants. Consumer protection under the laws of this government are definitely needed at this time for this family, that has actual hard copy factual proof, that the Defendants can't seem to find in their records. This demonstrates the inability to properly handle the Plaintiffs assets, or any other consumer as it stands. The bank, "WELLS FARGO" have no answers and are still stalling for time. As a matter of fact, the Plaintiffs are probably not the only consumers this happened to. Trust is absolutely gone with this lending institution, and be known to the public would most definitely create panic. The foreclosure is absolutely on its face with abuse to the Plaintiffs. Essentially after hours and hours, upon years, too many to count this abuse stems all the way back to the day after 9/11, which essentially started the foreclosure disaster so many years later.

[Summary of pleading] - 6

7. Defendants have sent to Plaintiffs 3 or 4 different payment ledger history's some different than the one before, Plaintiffs ask why can't they seem to get this correct, why is it they ask the Plaintiff's when the payments were made, is it they just can't find our money but they have executed on our home and all assets for several years by and thru their collection attorneys! Without providing this proof. Are they trying to purport another payment history different from the one before, this is on its face with extreme abuse of the Plaintiffs monies?

8. Plaintiffs want to address the water issues, and the reports made to the Defendants and Counsel on several occasions, starting when they dispatched appraisers to the Plaintiffs home, an eruption of some petroleum based substance approximately in the year of 2009, started coming out of the ground and stemming from somewhere beneath the garage slab, of the detached 2 car garage that was existent before the Plaintiffs lived in the home, Plaintiff pointed it out, showed the appraisers for the VA, and the Bank, and they did nothing, and did not disclose it on the report, they covered they're ears, they did not want to know and also the VA loan office did not care. Later Frederick was diagnosed with Cancer, and 2 family pets that resided on the property, died with large tumors on them after years of residing with the Plaintiffs, witnesses to all of this and reported to DEC, still the bank markets this property to sell to a unknowing innocent consumer, this is Consumer Protection material, In, so far Mr. Bullock's medical treatments are over $600,000, and climbing. Mr. Bullock has always

[Summary of pleading] - 7

worked his whole life, and now cannot, he injects himself, every Friday with chemo, that is supplied by his Veteran benefits, the same entity that removed the Plaintiffs from the property as soon as the spill was reported, and at -40 below zero, a few months later, with nowhere to go. Water report shows just under lethal limits of turpenyl and octacosane. Defendants have been shown and still they market the property, this is where the Plaintiffs are requesting an injunction to dig up that back corner of the poorly crafted floating garage slab and determine what is there, this should be a given. No other human being should be harmed, this is a given, this is the law, to have clean water, other previous occupants will not talk about they're experience with this property, as Plaintiff Renee Bullock started asking questions at that time, and making her own investigations as to why this is. When the Fairbanks Judge lowered the gavel.

9. All Defendants are represented by the same Counsel, which has communicated some terms over the phone and thru email, and have offered monies not to move forward, this is wrong and illegal.

10. Unauthorized entry recordings and admissions of entering property after being questioned, this has put the Plaintiff in fear as to why they are doing this, how long did this go on, also water ingested contained larvae, that essentially caused the removal of one of the Plaintiffs, teeth because of infection that had gone to the brain, proof pictures and witnesses to account for this, how did this get in the water well and what

[Summary of pleading] - 8

were the property people doing in this home and why? And was it just in the well, no way to know this.

11. Essentially all of the entries are believed to have started happening after the Plaintiffs started questioning authority, complaining and wanting to know the answers as to where the missing money was applied, why it wasn't, why they are foreclosing, and filing reports with the Federal Entity's listed herein, not to mention also after the Fairbanks court said to find something to fight this, Plaintiffs know now that they cannot turn a F.E.D. eviction filing into a Damages case for them, so are now hereby filing this in the Superior Court to where they choose, to where they feel comfortable, and where they can hopefully start fresh in a new town and are praying for the relief, from this court, for the extensive abuse, of what they have endured, are enduring, and with the hopes that also this court protects all and any other consumer in the future to not allow this to happen to anyone. As a matter of fact The Veterans Affairs filed the F>E>D> eviction on the wrong loan number, it was not the Plaintiffs loan they collected our home for.

12. I Renee Bullock do hereby attest to these statements and affirm that with proof we have, and chosen to go pro-se, as we have searched and requested for a very long time for representation, but cannot afford or even find anyone to help.

At this time, we elect our pro-se rights, and wish to move forward. For the acts and issues in this complaint on the part of the Defendants which

(Summary of pleading: - )

were extremely outrageous and undertaken, with reckless indifference to the rights of the Plaintiffs, we pray for the maximum amount of all separate damages allowed by law, and any other awarded amounts deemed proper.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for judgement against the Defendants as follows:

1. For an award of civil penalties and assessments, response costs, and compensatory, treble and natural resource, and other damages alleged herein, in amounts excessing 100,000.
2. For an award of such other and equitable relief, as deemed proper by this court.
3. An award of attorney fees and costs to bring this to court, and by court ruling;

SIGNED *[signature]*

Jerica J. Bullock/Plaintiff

SIGNED *[signature]*

Frederick R. Bullock/Plaintiff

SIGNED *[signature]*

Renee A. Bullock/Plaintiff

[Summary of pleading] - 10