Court

Frederick R. Bullock
Renee A. Bullock
Jerica J. Bullock
P.o. box 1093
Sterling Alaska 99672

RECEIVED
FEB 06 2014
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Frederick R. Bullock, Renee A. Bullock, Jerica J. Bullock<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank, NA,etl,,<br><br>Defendants, | Case No.: **3:14-cv-00010-TMB**<br><br>**AMENDED COMPLAINT/ with AFFIDAVIT AND DECLARATIONS INCORPORATED DOCUMENTS TO REFERENCE CLAIMS FOR RELIEF, attached exhibit sheet.** |

### DECLARATION SUPPORTING FACTS

Comes now, the Plaintiffs submitting and filing an amended complaint, to be incorporated, and Merged with Original Complaint, to support the claims for relief, with/ attached and factual referenced original copies of documents referencing throughout the summary. As the date of the filing of this amended complaint with attachments and sworn affidavits to the testimony herein, Plaintiffs have not received an answer from the Defendants.

Plaintiffs request to submit this amended complaint, to support the factual claims. That are complex, and Difficult to put in writing, as Plaintiffs are not educated in legal matters, and not by choice do they come forward to attack the issues, but by faith that this justice system, will allow them to present the facts the best way they can. And to try, to make the factual documents referenced for understanding the confusing issues that were described in the first filed complaint. This is our claims:

We (the plaintiffs) are requesting under rule 38, once again a jury trial. We also request, Declatory Relief on certain issues that the court can decide best. We also request Injunctive relief, to warrant the ADDITIONAL
discovery that cannot be obtained at this time, for it is locked away with the rest of our 20 year possessions.

We the Plaintiffs, Frederick Bullock, Renee Bullock and Jerica Bullock Pro-se Plaintiffs declare under Penalty of Perjury under the laws of the United States Of America that the Foregoing statements, Affidavits and attachments, copies of original documents obtained thru the course of the history of associations with the Defendants listed are true and correct to the best of our knowledge and Belief.

[Summary of pleading] - 1

Declaration Cont attached to Affidavit 3:14-cv-00010TMB   bullock etl  vs wells fargo etl,,

Signed Frederick Bullock _Frederick R Bullock_ Date
Signed Renee Bullock _[signature]_ Date 2/5/2014
Signed Jerica Bullock _Jerica Bullock_ Date Feb 5, 2014

## AFFIDAVIT AND MEMORANDUM TO SUPPORT CLAIMS FOR RELIEF

Plaintiff Frederick Bullock, Renee Bullock, and Jerica Bullock, are parties to this abuse, we all swear under penalty and perjury that the statements and contents and referenced material are true to the best of our beliefs, we have relevant information and association, and our competent to testify to these facts and allegations in this complaint. We, (The Bullocks ) have knowledge of all the facts in this complaint, Frederick is recovering from cancer treatments and is sick,  but truth be known he signed the complaint, and will be involved in this action when he is needed to testify, Counsel for the Defendants Wells Fargo,, etl, stated in the Motion to dismiss, we stated no relief and did not support or warrant our claims, this Amended Complaint is to be Incorporated with the Original, and is supplemented for easy understanding of the Plaintiffs Claims for Relief. **The Plaintiffs, request under rule 56, as mentioned in the Order from the Judge, that we base this supplemental factual memorandum to oppose the Motion to Dismiss with statements contained in that Motion, that were submitted in Bad Faith rule 56(h) and meant to delay the Plaintiffs which are not Attorneys and to confuse the issues. PARAGRAPH 3 (Motion for Dismissal)** attorney (Baylous Declaration) states material about the different businesses of Wells Fargo Bank, this is irrelevant, this even more shows that public information about the bank is free for the taking online, Is this all Mr. Baylous can come up within 34 Days? A few pages printout from public records that have nothing to do with proving the Plaintiffs complaint as not Substantiated, another poor attempt to not do his job, evade the facts that he stated in a conversation that he got a huge file from the bank of our account, why is it that we the Consumer, and Frederick the one Defending himself who footed the Bills, can't even get a copy, we say, That which Mr. Baylous states is  Hearsay, and an attempt to sweep our claims under the carpet of Justice, **His Motion should most Definitely Denied. As he has work to do. As, far as The Statement of the Service to the Unites States Attorney, Mr. Pomeroy, well The Plaintiffs have spoken with Mr. Pomeroy, a few times last week, he acknowledged that he has not completely read over the Complaint, I declared That we were sorry, as the respect to the Veterans Affairs were huge, but we needed to make sure and protect our future, and Plaintiffs also stated that if the Bank would of Done their job, it would be greatly possible that the Veterans Affairs would not have to be here right now. US attorney Richard Pomeroy,states He has recieved service of the Complaint, and would not be upset if the Plaintiffs possibly** Dismissed the VA from the case and that Plaintiffs after filing this Amended Complaint,  after the US Attorney's response more than likely will take a different direction.  After observing online thru the Pacer account Plaintiffs noticed after going to the Kenai Courts that only certain documents, and not the complete file were submitted to this court, Plaintiffs now see that on the 31st of January after going to obtain them to submit, they were submitted. Plaintiffs are unaware as to why they were just now included but are now requesting the Amended Complaint to be Incorporated as stated before into one.

**Case name; Bullock et al v Wells Fargo Bank, Na etl. 3:14-cv-00010tmb**

## MEMORANDUM ADDRESSING MOTION TO DISMISS WITH FACTUAL MATTER
**Attachment: Copies of Emails from Attorney Baylous;**

, (rule 56) (h) ATTACHED EMAIL FROM Counsel Baylous is attached, stating they needed an additional 14 days to answer the motion, the letters from the bank complaints to the Mortgage company

[Summary of pleading] - 2

and the responses have stemmed over 3 years or more, see docs attached and referenced. **AFFIDAVIT OR DECLARATION SUBMITTED IN BAD FAITH: SEE ATTACHED DOC;**

they're clients are guilty of all allegations, and truth be known, are hired to do exactly what they are doing, evading the truth, and merely submitting public recorded documents that anyone can obtain. Counsel for the Defendants(Attorney Baylous) has taken 34 days to file a motion to Dismiss, that he stated took him 2 hours, that is on its face with wasting court time, he stated he needed an additional 14 days to answer the complaint, he read the complaint, he stated he has received discovery from the Bank, but encloses a mere copy of Public Record, this is abuse, and also he failed to disclose to this court that he, has the proof from his client, he understands our claims we have been talking about them for months, and if he cannot seem to do something with all the Banks paperwork, he needs to just show it to the Plaintiffs in discovery, and with what has already been given to him, since 9/2013,

Counsels Motion for Dismissal should be Denied on the grounds of rule 56.

We are not denying the facts they enclosed, a deed of trust, which was obtained in 1994, we all know this, this is not even helpful information, its public record, they state they have proof, well we ask for compel of discovery, and apportionment of the damages would be the next step. Deed says: loan number (982567,) they should look a little more; they are electronic document experts, that is what they are hired to do. **What they are showing is merely a poor excuse to actually do the job of research and submit discovery, as they stated they have hundreds of pages of bank loan info well the Plaintiffs say prove it. we ask for injunctive relief, for our possession's, that were taken and locked in storage, everything our** clothes, personal papers, and records that we were not able to move, or get access to. **They are wasting time, we are overwhelmed with proof, and just aren't sure how to present it, there is so much, they just need to look at it. We want to provide all the proof, but cannot obtain all of it as it is locked in storage facilities, we have mostly copies of the originals but, also bank records are locked for** us, this is why we request a ruling to postpone any movement for summary judgment, counsel said they would answer the complaint, then instead they remanded to this court, and filed motion to dismiss, they lied to and laugh about he can submit his documents electronically, **he is constantly at an impasse, and does nothing but degrade the Plaintiffs is his dismissal, Plaintiffs are the Victims here we should not confuse the issues with statements he used that are derogatory, and ill placed throughout his dismissal.**

The Plaintiffs are not on trial, The Defendants are; Counsel needs to refrain from thinking otherwise, An Opposition to Counsel (Baylous)'s Motion to Dismiss should be Granted in Favor of the Plaintiffs, as a matter of fact**, if Counsels Client(The Bank) was not guilty, then why would they just offer money for us to sign a Global release, of all claims, another example of the inability to handle the consumers money, that's exactly what shows in the history, the alleged distribution of fees that are unexplained, that's** exactly why we are here, for throwing money to the wind. Plaintiffs further have enclosed in this amended complaint a packet of **proof and cases filed throughout the United States, from consumers and Federal Agencies for exactly what has happened to The Plaintiffs, needless to say, these cases, could all be proved with just what the Bullocks are filing, this is factual evidence that yes, the Defendants (Wells Fargo Bank, etl)** have extremely poor ethics in handling consumers money. Counsel for Defendants have work to do, and Discovery to provide, Plaintiffs Move for Compel of Discovery, if they want to Dismiss the Plaintiffs Complaint.

### MEMORANDUM AND SUPPORTING TESTIMONY FOR INJUNCTIVE RELIEF

CASE NO: 3:14-CV-00010TMB BULLOCK VS WELLS FARGO BANK etl
Cont.-memorandum injunctive relief

The storage fees are too much, we have nothing, they are to be auctioned on the 1st of February unless we get help, we need our possessions they will not allow us to obtain without some kind of court order, they also know we are in legal issues, we have requested payments for our services, and submitted the bills to realtor for the bank, she just ignores us, I can't afford nor can Frederick to keep selling everything we have to survive, after 3 years we are broke, they should at least, pay our claim for repairs right away, and also the bill of collections for the realtor paying a contractor to haul my business supplies away to the landfill. **((See doc attached).** we paid as long as we could. Also, repairs that were performed on the Lakloey property, were completed by Plaintiffs and paid for, from 2008, the attorneys at the eviction were told to make sure we received reimbursement, it's over 27775.00, as the real estate managers hired people to winterize and they failed, they froze the pipes and the home had extensive damage never received a dime. **There are liens filed and all associated, with the state recorder of Fairbanks**, they know it all and have been sent this proof, and they ignore us. They have received the breakdown and the Bill with pictures and everything, submitted **to Wells Fargo reo properties**, and the realtor, they don't care. The Real estate company Meyeres Real Estate, Audrey Foldoe, under the state laws, has to been insured with an Error and Omissions policy addendum, while taking care of Banks properties, so they caused damage to the properties I (Renee Bullock) repaired the Damages, I would not at all be surprised if she filed a claim for insurance and collected money, **I put nothing past people who steal, cheat and lie, Plaintiffs have been abused to the point that we will never recover from this, monetarily or mentally. This woman** has stalked our home since 11/2008, and after the unauthorized entry to the property, Plaintiffs filed a protective Order in Fairbanks Courts.

**ATTACHMENTS TO NUMBERED FACTS ON ORIGINAL COMPLAINT REFERENCING; the facts listed on original complaint by number.**

1. MORTGAGE ORIGINATION "LOAN NUMBERS" EXPLAINED   attachment (1)

    a. 11/1994 National Bank of Alaska origination Loan Number was 982567, from 11/1994 Thru around 6/2002 we paid National Bank of Alaska, over the amount due, close to 68,000, according to the Banks payment history attached, there are missing payments that would elevate this total amount greater, but this is what they sent to us in 2012.

2. COPY OF NATIONAL BANK OF ALASKA CHECKING ACCOUNT, AKA WELLS FARGO BANK, STILL SAID NBA AT THAT TIME,

    **Merger had begun.**
    One page of a copy of the statement showing, an employee signing her name to our business account as authorized signatory, we have no idea who this person is, or for who chase city bank acct it is for its not ours, identity theft, on the Mortgage report you will also **see Frederick's social security number that the last four are wrong, but the info displayed on the report, show** information associated to us, we found this in boxes of paperwork and gave to Office of the **President of Wells Fargo they returned a letter to Frederick and I but never answered just that they needed more time, never explained nothing.**

    CHECKING ACCOUNT STATEMENT CHECK COPY PAGE... SEE DOC

    **Name on this check says Annette McGee we have no idea why atleast4 times they did this, we never had an account at the anchorage branch**. And who is Annette McGee we do not know, also we have no idea Who the Employee **Gary Key, is as Wells Fargo had no record of his employment,** and why is this document drawn up the same time **Fredericks Father is going**

thru Bankruptcy, we never did, but Wells Fargo thought we did, so they sent this Letter, to our Lakloey address, but problem is they are talking about we believe the Anchorage property that was just paid off, they applied all our payments, they had to from 1994 to 2001 or longer to the wrong home, they never even said a word they said when we communicated with them the property address 1191 Lakloey, they lied over the phone, they asked me in 2013 if we had 2 loans or one I said we have 1 she said Oh, that was scary too. **Then after Frederick went thru the process of signing papers to allow me to be the sole contact for working this out, they would get to a certain point in the conversation then say, you are not authorized but would not say why, they knew Frederick would tell them over and** over again several phone calls but then they just kept avoiding our questions and his questions.

3. **PAYMENT HISTORY OF NBA 1 PAGE, AND HISTORY OF WELLS FARGO, THEY ARE DIFFERENT... SEE DOC**

, they don't show the same, and are totally confusing where the money was applied, unapplied all the time **then stripped, fees for title reports foreclosures and proof that this even existed, title company's would never say who reported the defaults and why we were defaulting, we have** no clue if these strips of money were even true, they won't show any proof, they just threw together this **history 4 different times each one different, over a 6 month period of time,** we have only this true copy in our possession at this time, we are making copies for this court and enclosing them to see. **Constant, strips and abuse of monies for lawyers' fees and title reports property appraisals** for what we ask, thousands upon thousands Plaintiffs are convinced that this is a severe case of abuse of money, and nothing to justify, why they did and so many times, it is washing of the account to cover up the money not getting applied appropriately over and over no wonder to afford, this was a mere 75.500. Loan in 1994 for a starter home, and they show nothing but abuse and that we owe more than what we started owing after all this money,

**Plaintiffs feel that if the Counsel and the Bank don't see this abuse, this court needs to just point it out for them.**

**ONE PAGE OF NATIONAL BANK OF ALASKA'S PAYMENT HISTORY/REF.**

**Missing a large transaction, they never explained this either,** wells Fargo's history is purported and sent to us in 2012, so since NBA was originator, Wells Fargo only put partial activity on their history for the life of the loan. One can say that perhaps, that large installment isn't the only one missing, I will show more. This would default a mortgage, of course. They **abused the payments** to the point of nothing getting applied to the note, they stripped it, and have not shown cause, AND there is no just cause for this, this is called theft, washing and or laundering, definition to make go away, exactly what they did, made our money go away.

**They just don't show the 21650.00 payment, and then the strip, a few days later in 2 installments,** NBA - 1 page ledger.

Why is that? One for 11650.00 and another for 10,000.00 now look at the escrow and or explanations of payments, it's not there, nothing changes, washed away. They refuse to explain their actions.

**( IRS INTEREST PAID STATEMENT COPY, to be shown, in discovery of ledgers )**

Another example, of abuse. See the Mortgage Balance, never seems to go down, we can compare them to the Interest paid statements that are filed with the IRS, that is wrong too, maybe we should contact the IRS so they can, deal with this. Plaintiffs feel this one piece of evidence

[Summary of pleading] - 5

should be held back, just to see if in discovery, they have at least one thing right, what did the payment ledger say, was taken in interest that year?

### 4. WELLS FARGO'S EXPLANANTION AND BREAKDOWN OF MONIES RECEIVED.

(a). As you can see there is no consistency, and the payments are never applied, principal goes up, and between 1994 and 2001 68,000 is not applied to the Lakloey property at all. Where exactly did they apply the money? (Amounts received are totaled at the bottom and some months are missing, dated incorrectly, and some pages toward the end do not show the amount of columns that the others do, this is abuse.

<u>They said they have no record of loan number 982567.</u>

**An amortization schedule breakdown, shows that we over paid the loan**, and VA loans do have a 5 day grace period, and we walked into the branch hand paid **they didn't credit the money until after the due date,** or after being mailed to wells Fargo home mortgage **they state**, this is wrong too. So the branches of the bank that are not licensed in the state of Alaska, take your money and then send it to servicing where they then strip it, and then rollover to the next month, because they have to mail it again, and they call that late, **also force placed insurance on the property that was no good but charged it to us, class action lawsuit for that, our policy was** from Florida too, same company, policy states if homeowner does not reside in the home it wouldn't cover any loss, that was Frederick they told me, didn't matter if his wife and child lived there, what is this, Plaintiffs say fraud and abuse, **(Wells Fargo) they own theyre own insurance company too, they took us for a ride at 9.5 percent, and bogus insurance, the odds are stacked against us, from the beginning, and that's abuse.**
**See doc of class action lawsuit for forced placed insurance;**

Domino effect of stripping has gone on since the beginning, they never apply the money, the principal goes up not down and we **have never gotten a 2nd Mortgage.**

Trust attorney in Fairbanks Barry Donnellan says he can't see how they could do this, he can make no sense of the payment history, and also states that, the principal and or balance should not keep going up, **he requested an underlying ledger** but it was not sent to him thru the case in Fairbanks,
**Discovery avoided, long before he requested, we paid our monthly payment as if we didn't give them what they wanted they were constantly threatening to foreclose and evict, fear of homelessness for many years, poor loan practices and servicing, monthly statements coming from all parts of the US, and different amounts due, for same loan number and confusing.**

**Entering the property while we were gone.. Digital recordings, to be transferred to disc Later.** Not Submitted, In storage

Jerica Bullock had to receive over **75 Counseling visits to keep her from causing injury to** herself, she would cry at school, not go to class, be afraid of people coming to the home while we were gone we were all scared, we started noticing things, so we recorded one day, and we

heard the property people, **coming in, to the house and fighting with our dog it is all on tape and** she **(realtor hired by bank)** acknowledged going to the property, we **called the troopers and** reported it,

**Letter from veterans loan administration showing employee theft of social security numbers and loan information was sent to Frederick, and to be careful of information you release to any employee of the veterans association,** In Storage.

Also, one time in 2010. the same day we talked to the VA loan office, and were discussing options they found out we were going to family's for Christmas, that night or sometime the next day, contractors that were helping us with property, Armstrong Construction went to the home to feed Jericas small pet, Guniea pig, he stated that when he went inside the home was about 45 **degrees, no heat,** I called Altrol to have them come out, when they arrived they discovered that nothing was wrong with the furnace, it was new I just replaced the heating system (part of the repairs we did in 2009) but the actual reason was that snow tracks showed someone walked to the tank outside in the back and turned **the ¾ turn valve off, it was 40 below zero, the** home would of froze again, good thing I had someone watching the home, as the only people that knew we were leaving was a man in **the Denver VA loan Department named Jesse Adolph see docs** Upon the return, after Christmas in the mailbox was a notice that is sent to the IRS, showing Abandonment, **see doc** the same day, we discussed our leaving, the Bank and Or the VA mailed it, abandonment is one way to secure the home in a alleged default, or an issue or foreclosure, what is bad is that they too were speaking **with us about keeping in our home** but actually were lying to us, messages left on answering machine from collectors from Nigeria, the VA said to work with the Nigerians, and pay Jesse Adolph, VA **Denver Colorado loan** center said this, Reiterate, that the facts from **wells Fargo's office of the president stated, that the tax record reflected the wrong loan number, in Colorado not Oregon**. And the name was Larry Enrici, which was also strange. As The man Jesse Adolph, he requested for Plaintiffs to send copies of income, and was faxed all repairs that were done on property. **The VA is) Veterans Administration)** is supposed to help Veterans, we were in contact with all of these people, they ignored us for years/

We believe, someone they (The VA) did this by contacting the attorneys who dispatched the Realtor again, they already froze it up before in 2008. **They owe my Business JILL OF ALL TRADES CO, 27,775.00 for the repairs that were made between the years of 2008-2011; the property poster was part of the eviction in 3/2011.**
The outside and the pipes were already repaired, new sheetrock that was destroyed from the breaking of the water softener and the drainage they did of the water hear under the crawlspace the backup of the septic of sludge it was all repaired by Renee Bullock and Contractors she worked with out of Pocket and the State of Alaska Heating Assistance program, at that time they also were forwarded the quit claim deed from Frederick to Renee that is recorded later, they stated I can't record that Doc or the VA won'[ help us stay in the home), that's what Jesse Adolph said, he works in the **VA regional loan center in Denver**, and was very rude when I called to get information, he referred to **The Bullocks as the bad loan family**, it states this in an email he forwarded to his superior, the man was merely 25 never served his country, talked to us with disrespect, and we feel is not an asset to the **Veterans Administration.**

I told him to show **Frederick some respect, as while we were speaking, my husband was Hauling a Billion Dollar Military Weapons Tank across Alaska,** one of the very few people in this state authorized to do this chore, all by himself with just a super truck, so told him to wait till he got back from Fort Greely Alaska, have emails to prove all of this, reported again to the **Troopers approximately Jan 18th 2012 of the fuel shut off, report was taken, witnesses can account. Have approximately 20** witnesses that can verify activities that happened.

**VA APPRAISERS COVER THEY'RE EARS AND DO NOT DISCLOSE FUEL COMING OUT FROM UNDERNEATH THE GARAGE SLAB,** the appraisal was elevated so the (Bank.) *LAIRD + ASSOC. VA APPR. FbKS.*
Could succeed in justifying financing for a modification that the VA loan center, was saying to negotiate with the Nigerians,**(stated they were calling from Wells Fargo Bank)** we don't think so, as that was around the same time **the letter came from the VA telling us Info on Veterans was compromised, as an employee stole records and computers from the VA that would call and** leave threatening messages, didn't speak clear English, and wanted us to **verify social security numbers** I hung up on them but saved messages on answering machine, that is in storage.

*(These are not signed by Frederick)* *FORGED by what person?*

**UNKNOWN MODIFICATION SENT TO US FROM OFFICE OF THE PRESIDENT OF WELLS FARGO HOME MORTGAGE, OFFICE OF EXECUTIVE COMPLAINTS**

**A copy of modification Frederick never signed**, who done this, whomever the employee is, looks like the same handwriting for the bank employee, Look at the way the date is written, we have the original in our files never executed, we have no idea why they even sent us the offer. Office of the president was supposed to research this, His name was Greg Vaney, he never did, and they put another person on the case, some fraud control named Jody Perkins she never did anything either. I showed them the documents, how hard would it be for the Defendants to cooperate, and find our money. They do not care, for this they should be found guilty of all allegations. Also an Employee from the bank Bridgett Kasik, sends letter referencing an answer

**Ms. Drinkwater's Letter regarding a complaint filed with the Attorney General Office**
See doc; wells Fargo's response, again the complexity, it's been very complex to us I We can only imagine what it must be like for the Defendants, If they do not know where our money was assigned then who does?

*IDENTITY Theft.*

**CHECK, CONTROLLER UNKNOWN, NOT APPLIED,** check states payable at "WELLS FARGO BANK, ALASKA, NA 420 MONTGOMERY BLVD, SAN FRANCISCO CA, WELLS FARGO MUSEUM, wells Fargo bank, Alaska, NA is not a bank, **see doc,**
When we check this Official Check online, **It came up Fraud, there were several Banks that had Official check fraud, But Wells Fargo was not on the list as of that time, so I called the number,** and a man answered and said what state do you live in, said do you have a copy of that I said yes, and I got scared so I hung up the phone, Never told him Our name, just the check description, **Online doing several searches it said something about the Nigerian 419 scam, this was a true event that happened quite a few years back.**

Plaintiffs feel that we may be the only ones that have one of these Official Checks, with a Bank Controllers name that Wells Fargo doesn't know. See doc: copy

This amount was placed in the payment history after Plaintiffs sent the Office of the Pres. Wells Fargo Home Mortgage a copy, faxed to Greg Vaney, employee of WFHM amount applied is wrong and on history from Wells Fargo it's unapplied again. Missing 1000.00 of it on the check and 5000.00 quick collect western unions, not there.

*RO - DOC. State of AK*

(a)STATE OF ALASKA BUSINESS LICENSING SECTION, who is Wells Fargo Bank, Alaska, NA, the comp of currency says they are not a bank recognized, they are associated with real estate trading, other credit remediation, that is for sure, operation destroy your credit, they are out of business,, and living the good life with our money. Counsel for Defendants are trying to say that they are NBA, no they are not, that is on its face with no factual evidence. Plaintiffs think the Company in Oregon, are associated with Hunter Mortgage Services, aka NBA Bank License, there are several different National Bank of Alaska Licenses, we researched all of them years ago and somehow one of them was associated to a few realtors in Fairbanks, and the Hunter Mortgage, to find this Gary Key person, has been to no avail, document could be a good reason why defaults occurred, its associated with property in Anchorage, plat 69-94. This Document Does not authenticate, research would have to be done on this one.

**SUMMARY OF ATTACHMENTS, EXPLAINED BELOW;** *9/94 letter copy*

5. **Veterans affairs letter showing, release of liability for the loan number,** but We have no way to know why the VA hired the Routh Crabtree to evict us, did they really work for the federal entity The Secretary of Veterans Affairs as we thought the United States had their own Attorneys, I would imagine that the United States would not hire Collection attorneys, and bad ones at that, they break the laws, and they took our money too, they destroyed are family, so they are involved because Wells Fargo dropped the ball, they failed to handle our payments, they merged with an institution, and overlooked loan numbers and associations. We know that they foreclosed on a debt that was not ours. Associated Anchorage Tax Accessor records, loan **number 784275 that is not Fredericks Loan for the VA had to get records from Microfiche, poor quality. Collection Attorneys, went thru a chain of Attached previous Veterans Entitlements, Plaintiffs will elaborate with Motion upcoming.**

6. *This is when everything went wrong*
   See the document of NBA assistant named Gary Key, this was typed in 12/2000, if you look at the loan numbers you will see 2 loan numbers. 982567 and 2407810, this is dated supposedly 12/2000 but not recorded until later in 2001, Signatures look amazingly like a record Holder of 69-94 property see Bullocks Default Time line compared to 69-94 loan timeline after 11/2000, simultaneously happenings and Termination Notices, Also see prior Record Holder on 69-94 lot 5 block 4 Years later, the same man which Mr. Bullock bought property from in 1987, is the One serving Notice o Quit, same signature, why Plaintiffs ask. Plaintiffs will Explain in Motion. Plaintiffs feel these details and assocoitions and the foregoing attachments prove to ths court that this complaint is warranted.

the issues are; that we never had the loan number 2407810 until 5th or 6th month of 2002, as we have the file setup paperwork, see doc with envelope/with factual notes of loan number 2407810 file setup, *We assume this had to happened* so how did that loan number get on there in 2000, this is a premeditated intent to misrepresent, as we didn't know that the monies all this time would essentially to be found to have never been applied to the home we were residing in, that, we are sure is what has happened, that is why they never disclosed any information after the foreclosure process was starting, they led us to believe that since the loan originated for the property in North pole , we have never had the slightest idea that we were not paying for Lakloey, as we always verified the property address since the beginning they never mentioned any other address, but feel now that what the representatives stated, when she said did you have one loan? I was shocked , as she did not find the loan number 982567 anywhere, just lost and did not want us to receive copies of the NBA records, we realize that when talking to the Customer service, they were actually collection department not associated with, mortgage payment customer service, they would always divert our calls to other departments, this was around 2008, by that time because of lack of communication, we were frauded, we sent money and expected it to be applied to the home we lived in, we have reason to believe it was not, and now know that the error was caused because of the crossing of the paperwork's in the mail, and all of this happening around the same time as the merger, too many errors and mistakes on the paperwork has left us with the thoughts that they have done this. somehow money was not applied and the merging of the 2 banks is when this all occurred starting somewhere around 2001, **(reference back to the ROUTH CRABTREE LETTER** of collections) **enclosure see doc, there is no way that we were in default of that much money on the lakloey property especially if you had the amounts of money received, from the attached (1) history they sent to us, there were 4 history's sent.**

*This Doc is questionable*

**And who is Hunter Mortgage Service, referencing the 12/2000 letter With NBA employee Gary Key top left of letter states 2 loan numbers**

We have no clue they are out of business and have been for a long time. They are a mystery but Plaintiffs feel this is one of the reasons why, Wells Fargo Bank Collected on a debt, which was associated with someone else perhaps, we are trying to figure where our money wen't we can only wonder. Wells Fargo thought Frederick claimed Bankruptcy, we did not, **see letter from wells Fargo bank.**

**ATTACHMENTS FROM VETERANS AFFAIRS ACTUAL LOAN FILE FROM DOUGLAS KERTULLA 2008 SCREEN SHOT ORIGINAL COPIES FROM EMAIL**

Since when do the Veterans Affairs evict a veteran at 40 below zero, they only Guarantee the loan, a portion, and the screen shots from the loan dep't, show an invalid sale this was after they destroyed the property upon evicting us in 11/2008, (because of Wells Fargo the VA sent our Meyeres Real Estate to evict), we rented a home in 11/2008 for 1600.00 month signed a lease she wanted me to hand over the keys and sign some statement, I said no, at that time, she took the electric out of my name and put it into hers then froze up the home, I went to the house every day after working at Lowes to stock the woodstove and make sure the home still did not freeze, her contractors ruined the appliances and did the damages, she is insured for this and should pay the repair bills as the judge in Fairbanks stated at eviction hearing to ROUTH CRABTREE.

**INVOICES OF REPAIRS DONE TO LAKLOEY NEVER PAID THE PLAINTIFFS**

*They were supposed to pay R. Bulkock Liens Recorded plat 78-102.*

[Summary of pleading] - 10

**ALTHOUGH SUBMITTED TO WELLS FARGO REO AND ATTORNEYS AND VA LOAN DEP'T, just ignored us. See docs' encl.**

we had to fix what they did, in 3/2009, and lived in the driveway for months. And how come the payoff was 77419.00 after giving the banks, and whomever else over 200,000 in 15 years, oh my we are sick. When you call the Bank (wells Fargo) it still says your balance is 77419.00, so they are still messing up Fredericks credit, they took the home evicted us 5 times, changed the title 5 or 6 times cause they didn't know what was going on ( see fbks borough)records tax accessor), take all our possession's and haul some to the dump and lock the rest up, ruin our credit worse, stalk us, enter our property after we leave, assault our pets, destroy the property, **elevate appraisals** so they can offer a modification that we essentially didn't need to begin with and when we say no, no mod of 135,000, *On R. Bullocks Cell phone* **recordings from the real estate co, asking for 135,000 to stay in home, they are on recorder, also text messages of harassment wanting money**. No way to transfer this But am working on a way to record to CD.

Realtor and her friend, Locked up our home several times, upon driving to the home, and once slammed the door in my face because I mentioned getting my papers and Jericas Birth Record, **(Jerica was unable to get on a flight out of Fla, without her birth certificate, she was stranded at the airport)** Realtors friend that she gave the keys to my home to, after they changed the locks and padlocked all buildings, and never allowed me to get in there, but for 15 minutes after they got off work, it was impossible to go there to get anything. They used Plaintiffs tools and Plywood to board up the doors.

Realtor hired for the bank, had a friend meet me after he got off work to try to get some things from house, **he slammed the door in my face as he was opening it and said, (your not getting in there now) and was screaming at me in the front yard saying when are you going to get your** equiptment out of the yard, as my friend wants to buy that loader. I called the Troopers and reported him as he was throwing his hands in the air, and screaming at me like a mad man

**Our neighbors took the rest of the things they didn't, troopers told us we could not go to the property. , Real estate company bank hired allowed her friends and associates to take well house, that was too heavy for me to move, it was a custom well house dog house, and all my business materials, IE, plumbing pipe oil stains, chains and binders, ford truck rearend that was** to be sold for 700.00, a woodstove 4 man jacuzzi with the pump and just other things, and hauled to landfill. Realtor for the bank, lied and said, she would let us know about the property before anything was going to be done, she did not, I went to get the mail, and there was a loader there finishing, and stated the woman paid out of her own pocket a check for 1500.00 to haul all of my things away, he did not know that arrangements were made with me, she also paid out of her own pocket 4000.00 to hire sourdough moving to bring 2( 40) foot van trailers one morning after I left to have the brakes on my truck fixed, the neighbor man called and said that the troopers and the realtors and 5 men were in my home hauling our posessions away, I was told from the neighbor man that I would be not coming to the home until they were finished it took 5 days for them to move my things and they packed them up in such a way it was impossible to find anything, they put food in with my shop paint and chemicals and threw clothes in with all my tools and computers and destroyed my yard tractor, then held the keys and I had to sign a responsibility of the units, before I was given the keys, to get my clothes never found anything as they packed it in boxes not labeled and no way to look inside it was not accessible they had a little bit of everything in all the boxes couldn't find any6thing, and still is that way to this day, as they locked the units when I could not afford the 300 dollars, to pay, we had no where to put it much less a way to haul it somewhere else it was way across town. I called the movers to file a

[Summary of pleading] - 11 *Pics of Belongings in Storage damaged*

claim on breakage and was told that the realtor didn't pay the additional small fee to insure so I was out of luck and never to call them back, that was all.

*[handwritten: 8000.00 ✓ 2407810- Setup 6/2002]*

**We will, show this court, solid factual proof of this right down to the postmarked envelopes the docs came in, you cannot deny this proof, they had several chances to settle, to stop this, but they just ignored us,** *[handwritten: Hue Setup Envelope 6/2002]*

Defendants all need to explain, show **factual underlying ledger of the foreclosure sale, that was demanded, by attorneys in Fairbanks, how could they show a ledger, the records are all wrong, this is a fact. How can there be a foreclosure, if there is fraud, I know there is a rule referencing that.**

<u>**if they show no proof than how is this court able to compare the truth,** discovery on the Defendants part is an old story.</u>

The Plaintiffs have asked for explanations to this, but they do not comply, all this time, they had a chance to cooperate, Frederick and Renee both have tried countless hours and years to figure what was the explanations to these history's, we tried to sit down at the local wells fargo home mortage and ask, **a mortgage loan person, emails to confirm** on several occasions, to explain what these unapplied payments, why they aren't applied,, she stated that she, cannot help us, **see email encl;** she only works with new loans but did see a History for Our loan, and did verify the 2 loan numbers, but she then stated she could get in trouble unless we faxed a request to Anchorage, **they couldn't find what she did, no idea why this was, perhaps, we were not authorized again.**

*[handwritten: VA - valeei Screen shot, No proof of transfer]*

Where is the exchange of money for the sale, we have seen nothing, that home is ours 3 times over. That's not even all but feel this is a good start, I want to explain to a jury of our peers, we all do (all the Plaintiffs want to explain slowly by showing this horror story to the public) no more abuse to any consumer, We,(The Bullocks) under penalty of perjury, under oath, in this affidavit of these details, that this is the truth the whole truth and nothing but the truth, with the best of our knowledge and belief, and statements are the best of our knowledge and belief, as they could not be anything else, this whole story and details of our association with These Defendants, are even so far in detail of abuse, We could not even explain it all, in paper, it's so hard to express how it feels to be so deceived, and abused as consumers and as human beings, where is the humanity, where is the explanations, how can a huge corporation that we trusted, just take our money and do this, intentionally deceiving our American dream, and then, all of the other unexplained, methods of how they execute on you, the worst thing is, is that we, **The Plaintiffs are just one family, they have done this to others, they have answered to the Federal Government for this,** we all know this, this is not reinventing the wheel, this is factual happenings.

COPIES OF LETTER FROM THE DEPARTMENT OF LAW EXPLAINING FORECLOSURE REVIEW, SEE DOCS

**The foreclosure review that was sent to us,** see copy encl, they know they did wrong, they stated, just because the homeowners received a small payment, they could still seek claims by filing legal action, this is justified legal action, the proof is undeniable, we actually did buy a home that was reasonably priced, for the budget we had, we didn't need a bailout, we needed to

[Summary of pleading] - 12

have our payments, that Frederick and I worked hard for, not to be taken, and stripped, not applied and misappropriated, and our trust issues are huge. Truth be known, the reasons are simple, they are guilty of the
Allegations in this complaint, and this needs to be corrected, so we, The Plaintiffs may, start all over again, we are praying for the relief from this court, and trust in God that this will all be granted in our favor.

They took our home and they never had to show nothing proof of defaults just they're own purported self-typed and self-notarized documents they recorded. they had no payment ledger and who exactly where they working for, we want proof.

This is a matter of civil rights and
Laws of this court. With all respect, we are requesting this court to help us, and our prayer for relief in the complaint originally filed. We want a fair trial, **not movement for summary judgment, which counsel will probably request in their next motion, we are opposing the motion** to dismiss, with this updated and Amended complaint/with supporting material. We have requested discovery, Plaintiffs feel now that the reasons for the inability to cooperate, before the filing of this amended complaint, as they are afraid to, and now who knows, what the Defendants will throw together after they receive our material, this is wrong, we are almost afraid to even give more proof, so they can twist it into another purported explanation to save face, we think not, but we no longer trust the Bank or the Attorneys, why should we.

<u>**When you do not comply to the Mortgagor after so many years, Plaintiffs know that no other reasons but the wrong ones.**</u>

**If The Defendants were not guilty of this abuse and these accusations, they would be more than happy to sit with us, or have given us explanations long ago, if everything was on the up and up, but with factual copies of the originals this court can see that we, The plaintiffs have every right to seek justice.** on the grounds that we are not done yet, the Opposition to the Motion to Dismiss will follow, unless otherwise directed by this court, that there is no need, no need to waste the courts time rambling and repeating ourselves, **We the Plaintiffs know beyond a shadow of a doubt that the claims stated herein, are true, they are proved with this original attachments and records and one does not have to assume, it is on its face with facts.**

**The plaintiffs request all of this to be heard before a jury, or they can negotiate a settlement, which would be in the best interest for all parties, involved. If they can't seem to figure out these facts, then we ask the court to do it for them, on all the issues and relief that is deemed proper.** 3 peoples lives, 18 years of abuse, and all other things, and more not even mentioned.

**Plaintiffs know this is a complicated issue, but it is the truth we swear under oath, that yes, no one is perfect except for God, Banks do make mistakes, so do Loan servicers and Our own Federal Gov. everyone does.**

**That's why there are courts and laws and civil rights and ways to calculate damages, there was a foreclosure crisis, The State of Alaska, was one of the States involved and received payment for what the consumers lost,**

so this claim is justified more than ever as the abuse is so great, that's why we are here, we didn't buy a house that was over the limit and extravagant and we couldn't afford, we didn't swipe our

[Summary of pleading] - 13

credit cards and not pay the bills and not live above our means this is a special case, where we paid for something and we all know the story already explained, were abused, bottom line, they were wrong, it is evident, lets move in a positive way to put all of this behind us,

Let the Defendants know that this behavior cannot be tolerated, ever, This State could not have got on board the foreclosure crisis if this did not actually happen, others really have not the proof we have, I am sure of it, so its just the Bullocks, Up against the Banks, and the lawyers and the Government.

Really, we care not to have a battle of the wits, we don't need to, we just want payment and damages for the acts committed, and end this, never speak of this horrific experience again.

We know that we cant drag all the parties that had a part in this into this courtroom, why we don't need to do that, facts are here.

## PRO-SE REPRESENTATION MANUAL STATES SPEAK IN OUR OWN WORDS.

**As explained in the pro-se manual, and online it says to explain what happened in our own words, this is just a portion, there is more, that would justify why in our demands, we asked for the relief we did.**

Its far greater than what any person would ever want to endure, because of what someone else did, put that all together, and you have a so to say train wreck, we will never be the same, we are scarred, we need medical help, we need to get back to our lives what's left of them, **and Our daughter didn't, need to be thrown to the wolves with nothing, for what a Huge Corporation did** to her future, that pretty much sums it up, with our feelings, they deserve to have this court, show them they can't do this, if not, it will just keep happening over and over, they should not get away with this at all, this is America, we still have a few rights to protect, we want our lives back.

We most certainly, do not want to have a Food stamp card, and Medicaid and Either does my daughter, she is beautiful, and did not deserve to be homeless, and left with nothing nor did we, we thank God that the State of Alaska was there to help.

## IN CLOSING
**Under Penalty of Perjury Plaintiffs Swear under Oath that the facts contained and the Copies are of Original Documents saved throughout the course of the time frame explained;**

We The Plaintiffs,, explained this in my (our) own words, the best way we could, as because we are pro-se, we are fighting a battle, we are not educated to fight, that does not mean our claim isn't valid, that's why the proof is here.

With all respect to your Honor and this court, we pray for relief for all issues stated herein.

**We, The Plaintiffs Frederick Bullock, Renee Bullock & Jerica Bullock, declare under penalty of Perjury that the foregoing Statements enclosed and Attached Copies of Original Documents are what we say they are, statements are true and explained exactly how the conversations took place, times and dates and all other Matter is factual and true. Copies are of the originals that Plaintiffs were able to obtain from the records that are not stored, and locked away.**

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for Judgement against the Defendants as Follows;

1. For an award of Civil penalties and assessments, response costs, compensatory, treble, Injunctive Relief, Punitive and Natural Resource Relief, and any other relief this court deems proper. Amounts of each relief excessing 100,000.
2. For an award of such other equitable relief, deemed proper by this court.
3. And the award of the costs for the Plaintiffs, stemming over the years to be known as special costs to bring this to court in a pro-se award, as Plaintiffs have the burden of many monetary expenses that cannot be referred to as Attorney fees, but the costs to bring this matter to this court, by court ruling.

SIGNED on the date of February 2nd, 2014,

Frederick R. Bullock
Renee A. Bullock
Jerica J. Bullock

CASE NO 3:14-CV-00010TMB
FREDERICK BULLOCK VS WELLS FARGO etl

## CERTIFICATE OF SERVICE

We hereby certify that a copy of the above: AMENDED COMPLAINT WITH AFFIDAVIT AND DECLARATIONS, AND FACTUAL COPIES OF ORIGINAL DOCUMENTS, was hereby served by certified and registered U.S. mail to the following parties:

Lane Powell PC
Attention: Michael B. Baylous
Representing Defendant Wells Fargo Bank, NA etl
301 West Northern Lights Blvd, # 301
Anchorage, Alaska 99503

US ATTORNEYS OFFFICE.Mr Pomeroy,US Attorney
For Defendants The Secretary of Veterans Affairs
United States Federal Courthouse, Federal Bldg.
222 West 7th Avenue #9
Anchorage Alaska 99513

Signed _____
Signed _____ 2/4/2014
Signed _____ 2/4/14

[Summary of pleading] - 15

Bullocks
P.O. box 1093
Sterling, AK
99672

"UNITED STATES DISTRICT COURT."
FOR THE DISTRICT OF AK
222 W. 7th AVE #4
ANCHORAGE, ALASKA
99503

