ORIGINAL Court

RECEIVED
FEB 21 2014
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Renee A. Bullock
Frederick R. Bullock
Jerica J. Bullock
P.o. box 1093
Sterling Alaska 99672

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Frederick R. Bullock, Renee A. Bullock, Jerica J. Bullock <br><br> Plaintiffs, <br><br> vs. <br><br> Wells Fargo Bank, NA, Wells Fargo Bank, Alaska, National Bank of Alaska, Wells Fargo Home Mortgage, The Secretary of Veterans Affairs Its Successors In Office As Such, All Other Unknown Defendants <br><br> Defendants | Case No.: **3:14-CV-00010TMB** <br><br> Motion to Amend Defendant Party Names, to Conform + Request to Serve Summons + Complaint |

We The Plaintiffs "BULLOCKS", representing ourselves, pro-se,, without a lawyer, request leave from this court to file this Motion to amend the parties, whom are affiliated thru the Bank, But the actual Full name and address was not disclosed to the Plaintiffs, as this division of the Bank, that is listed within this motion are essentially also responsible. They were undisclosed purposely," as a matter of fact" **see attached doc from them,**, encl. more than likely a ploy to avoid legal prosecution, we are sorry but we cannot take that chance, as we are not attorneys and do not want to be, we want this matter to be settled, in a fair and impartial way, so we are asking for this to be ordered.

Division Premier Asset Services REO FHLMC Title 1 Lender Quiet Title + LPS Asset Management 1003 East Brier Drive Mac # X0501-02Q San Bernardino, CA 92408, other departments ← DBA - WFHM, a division, et al...

"Award Winning. Sales Driven
Premiere Asset Services has offices in Frederick, Maryland; Fort Mill, South Carolina; San Bernardino, California, and Des Moines, Iowa. Our footprint is extensive, servicing rural, town or city locations on a national basis. Each office maintains a consistent level of highly trained, experienced professionals with deep industry knowledge of REO management and disposition: a team that's virtually unaffected by market surges.

Additionally, we maintain a national database of 5,000 specialized REALTORS who facilitate local maintenance and preservation services, advertising campaigns and open houses. We continually monitor our Realtor relationships, ensuring they have our total support and consistently provide the best possible service to our clients. In fact, we continually grade our database of active and "performing Realtors. Proudly, we also have a long and successful history with one of the largest auction companies in the United States.

Premier Asset Services dba Wells Fargo Home Mortgage Division Wells Fargo Bank N.A.
Notice: Revocation of home mortgage licenses in CA started in 2003

[**Summary of pleading**] - 1

**WFHM, is separate from this department, as once a property is declared defaulted on payments, "which is done to the consumer" thru poor debt collection practices" and by their attorneys self typed and self recorded statements and declarations of theyre own attorneys, which are sworn to do this and theyre own notarys, and theyre own self owned commerces of journals and** postings, then of course non-judicial sale, sweeping and washing. this now sets the stage for foreclosure, years later and the domino effect of stripping and abuse, this is so bad but is the truth, we are sure, as Counsel for the Defendants "The Bank" is how they have always described themselves to the Bullocks, are hiding behind the name of the Huge Corporation known as Wells Fargo Bank, NA this could effect this case filing for the in favor of the Plaintiffs unless this is rectified.

Proper service, may be not perfected, which could essentially be cause for the Defendants to be released, this cannot happen, This is no fault of the Plaintiffs, we have never known this information until 2 days ago, only after accidentally finding it, on a complaint filed in another state.

We, realize this could be another attempt to interfere with seeking justice, so we ask this Motion to Be GRANTED for the Plaintiffs, if in fact Counsel for the Defendants the "BANK" are legitimate, and feel there is no reason to add, this party, and can assure this court with a sworn affidavit declaring, what is asked, then that is fine, **Plaintiffs know that the Collection attorneys are experts in dodging the Justice system, a weapon the** Bullocks do not have, this is unfair.

Bad Faith Motion to Dismiss, . We have the history and enough has been disclosed here, for settlement and cooperation on the Part of the Defendants part "The Bank", we the Plaintiffs, at this time, are waiting for The US ATTORNEY to perhaps, answer something, for his client, as perhaps the Actual Veterans Affairs, had no information of this execution, and could just be dismissed as a Defendant. We respect the Veterans Affairs, we want to make sure they were not Jeopardized by these collectors and they used the VA as a way to execute on the property too, unless discovery can be made, we are at an impasse, but have no reason, to keep them as a defendant if they show no association to the eviction, or having hired the previous counsel to execute on our property.

*[handwritten: Cont - 2 of 3]*
*[handwritten: 3:14-CV-00010 TMB]*
*[handwritten: (PB) extracted, removed.]*

\* Plaintiffs REQUEST CASE FILE TO CORRECT phone number + attach to file, unpublically online, if possible, if not that is fine 907-750-7738 so the court, can contact if needed.

### Declaration Under Penalty of Perjury

I, FREDERICK, RENEE & JERICA BULLOCK, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 2/20/2014, at Sterling, Alaska.

x Frederick Bullock
FREDERICK BULLOCK

x Jerica Bullock
JERICA BULLOCK

Signature Renee Bullock
907-750-7738

### Certificate of Service

I certify that a copy of the above motion was served, by ☑ first class U.S. mail ☐ fax ☐ hand-delivery, to Lane Powell / Baylous / Wells Fargo at US Attorney / R. Pomeroy (Opposing party or counsel) 222 W. 7th Ave #9 / 301 W. Northern Lights Anch, AK 99503 / #301
(Address) on 2/20/14 (Date of mailing)

Signature
907-750-7738

Bullock
1093 Shelley
Ak 99672

U.S. District Court
222 W 7th AVE #4
Anch, AK 99503

ANCHORAGE AK 995
20 FEB 2014 PM 1 T

99513+7566

