Michael J. Parise, ABA No. 7906044
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3303
Facsimile: 907-276-2631
Email: PariseM@Lanepowell.com
BaylousM@Lanepowell.com

Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FREDERICK R. BULLOCK and RENEE BULLOCK,<br><br>                                      Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                                      Defendant. | Case No. 3:14-cv-00010-TMB<br><br>**APPLICATION FOR<br>ENTRY OF DEFAULT** |

TO:     Clerk of the Court

Pursuant to Fed. R. Civ. P. 55, Defendant Wells Fargo Bank, N.A. requests that you enter the default of Plaintiffs Frederick R. Bullock and Renee Bullock, for failure to plead in or otherwise defend this action, as stated in the attached Declaration of Michael B. Baylous.

DATED this 21st day of August, 2014.

                                        LANE POWELL LLC
                                        Attorneys for Wells Fargo Bank, N.A.

                                        By  s/ Michael B. Baylous
                                            Michael J. Parise, ABA No. 7906044
                                            Michael B. Baylous, ABA No. 0905022

I certify that on August 21, 2014, a copy of
the foregoing was served electronically on:
Richard L. Pomeroy, Richard.Pomeroy@usdoj.gov
and by depositing in the U.S. mail to:
Barry Donnellan, 937 8th Ave., Fairbanks, AK 99701
Jerica Bullock, PO Box 1093, Sterling, AK 99672
s/ Michael B. Baylous

105727.1254/5254921.1